RECEIVED

JUL - 5 2011

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

RICKY NICHOLS                            NO. 3:10-cv-1660 (Section P)

VS                                       JUDGE DONALD E. WALTER

JOEL WILLIAMS, ET AL.                    MAGISTRATE JUDGE HAYES

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's complaint be and is hereby **DISMISSED WITH PREJUDICE** as frivolous.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 5th day of July, 2011.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE